

U.S. DIST
District of New

SEP 0 7 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Juan Rodriquez                Misc. No. 1:05-mc-24-JM

ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

Rodriquez v. US Drug Enforcement Administration                                Doc. 6

James R. Muirhead
United States Magistrate Judge

Date:   September 7, 2005

cc:     Juan Rodriquez, *pro se*